UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 26-1480(DSD/JFD)

My C.,[1]

       Petitioner,

v.                                                    **ORDER**

Pamela Bondi,

       Respondent.


This matter is before the court on the Report and Recommendation dated March 30, 2026. No objections having been filed in the time period permitted, **IT IS HEREBY ORDERED** that:

1.   The petition for writ of habeas corpus, ECF No. 1, is denied; and

2.   This matter is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 16, 2026            /s David S. Doty
                                 David S. Doty, Judge
                                 United States District Court

---

[1] This district has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.